UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

Case No. C11-275-MJP

ORDER OF DISMISSAL

The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of United States Magistrate Judge James P. Donohue, Plaintiff's objection (Dkt. No. 3), and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This matter is DISMISSED and any application to proceed *in forma pauperis* is DENIED; and

(3) The Clerk shall close this case and send a copy of this Order to plaintiff and to Judge Donohue.

DATED this 18th day of March, 2011.

*[signature]*
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1